IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ROBIN JACKSON,

    Plaintiff,

v.                                Civil Action No. 3:13cv535

JOANN NATTRASS, in her
Official capacity as
Executive Director of the
Commonwealth Catholic Charities,

    Defendant.

**ORDER**

By Order entered herein on May 16, 2014, the pending MOTION FOR SUMMARY JUDGMENT (Docket No. 22) was referred to Magistrate Judge David J. Novak for report and recommendation.

Having reviewed the REPORT & RECOMMENDATION of the Magistrate Judge (Docket No. 32) entered herein on June 25, 2014, the plaintiff's objections thereto (Docket No. 33), the defendant's response to plaintiff's objection s (Docket No. 34) and having considered the record and the REPORT & RECOMMENDATION and finding no error therein, it is hereby ORDERED that:

    (1) The plaintiff's objections are overruled;

    (2) The REPORT & RECOMMENDATION of the Magistrate Judge is ADOPTED on the basis of the reasoning of the REPORT & RECOMMENDATION;

    (3) The MOTION FOR SUMMARY JUDGMENT (Docket No. 22) is GRANTED; and

(4) This action is dismissed with prejudice.

The issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

This Order may be appealed by the Plaintiff. Any appeal from this decision must be taken by filing a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a timely notice of appeal may result in the loss of the right to appeal.

The Clerk is directed to send a copy of this Order to the plaintiff and to counsel of record.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: July 22, 2014